IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 11 |
| Precision Trades & Services, LLC, | |
| Debtor in Possession | Case No. 1:26-bk-00174 |

DEBTORS' MOTION TO APPOINT
LAWRENCE V. YOUNG ESQUIRE AND
CGA LAW FIRM AS COUNSEL FOR THE DEBTOR IN POSSESSION

AND NOW, this 22nd day of January, 2026, comes the Debtor in Possession, by their counsel, CGA Law Firm, Lawrence V. Young, Esquire, and does file the within Motion averring that:

1. Precision Trades & Services, LLC (hereinafter referred to as "Debtor") is filing a voluntary Chapter 11 Petition contemporaneously with the filing of this Motion.

2. The Debtor will need the services of bankruptcy counsel to represent them with respect to all legal matters relating to the Chapter 11 proceedings.

3. The Debtor proposes to retain Lawrence V. Young, Esquire and CGA Law Firm, 135 North George Street, York, Pennsylvania 17401, as its bankruptcy counsel.

4. The Debtor has selected these attorneys because they have had considerable experience in matters of this character and the Debtor believes they are well qualified to represent them in this proceeding. Further, CGA Law Firm is one of the largest law firms in York County, has the largest staff of attorneys and paralegals with experience in bankruptcy matters in York County, Pennsylvania, and is also large enough to have attorneys experienced in other matters the Debtors may need, such as litigation, taxation, etc.

5. CGA Law Firm represents no other entity in connection with this case, is a disinterested party as that term is defined in 11 U.S.C. § 101(14), and represents or holds no interest adverse to the interest of the Estate with respect to the matters on which it is to be employed, except as noted in the Affidavit of Professional which is attached hereto and incorporated herein by reference.

6. All partners, associates and paralegals shall be compensated at their appropriate hourly rates, which are based upon experience and seniority: Lawrence V. Young, Esquire, shall be compensated at the hourly rate of $500.00; E. Haley Rohrbaugh, Esquire shall be compensated

{02432828/1}

at the hourly rate of $325, Brent C. Diefenderfer, Esquire shall be compensated at the hourly rate of $395, Craig S. Sharnetzka, Esquire shall be compensated at the hourly rate of $450 and staff shall be compensated at hourly rates of between $140.00 and $200.00.

7.      Counsel received the total sum of $10,000.00 from the Debtors. The amount of $8,262.00 was expended by Counsel for pre-petition bankruptcy-related services as well as the case filing fee of $1,738.00. The amount of $0.00 remains in Counsel's trust account as a retainer. Any post-petition compensation shall be paid only upon approval of the Bankruptcy Court.

WHEREFORE, the Debtors request this Honorable Court to enter the attached Order appointing Lawrence V. Young, Esquire and CGA Law Firm as counsel for the Debtors.

Respectfully submitted,

CGA Law Firm


/s/Lawrence V. Young, Esquire
Lawrence V. Young, Esquire
Sup. Ct. I.D. No. 21009
135 North George Street
York, PA 17401
(717) 848-4900
Counsel for the Debtor in Possession

{02432828/1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 11 |
| Precision Trades & Services, LLC, | |
| Debtor in Possession | Case No. 1:26-bk-00174 |

CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2026, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following Filing Users:

Office of the U.S. Trustee

/s/Lawrence V. Young, Esquire
Lawrence V. Young, Esquire
CGA Law Firm
135 North George Street
York, PA 17401
(717) 848-4900
Counsel for Debtor in Possession

{02432828/1}