IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Precision Trades & Services, LLC,<br>                      Debtor in Possession | Chapter 11<br><br>Case No. 1:26-bk-00174-HWV |

## **ORDER**

Upon consideration of the Motion for Approval to Pay Pre-petition Wages, Salaries and Employee Medical and Similar Benefits filed by the Debtor in Possession, Doc. 5, and the hearing held on January 27, 2026, for the reasons stated on the record, it is

**ORDERED** that the Debtor in Possession is authorized to pay all pre-petition employee wages, salaries, health benefits, and retirement plan contributions in the ordinary course of business, including all accompanying tax withholding, to the extent authorized by the Bankruptcy Code.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 28, 2026