IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: PRECISION TRADES & SERVICES, LLC,      Case No. 1:26-bk-00174
       Debtor in Possession     Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that Kelsey Swaim Miller, Esq., of Steptoe & Johnson PLLC, as counsel on behalf of MIDDLETOWN VALLEY BANK, a Maryland banking corporation, in the above-captioned case, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 342, hereby requests copies of all notices given or required to be given in this case and all papers served in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in the above-captioned case, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the court a request that all notices be mailed to them) to be served upon the following:

> Kelsey Swaim Miller, Esq.
> STEPTOE & JOHNSON PLLC
> 1250 Edwin Miller Boulevard, Suite 300
> Martinsburg, WV 25404
> Tel: (304) 262-3516
> Fax : (304) 250-1407
> kelsey.miller@steptoe-johnson.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, or otherwise, which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that demand is also made that the undersigned be added to the Official Service List for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned case.

Respectfully submitted this 24th day of February, 2026.

**MIDDLETOWN VALLEY BANK,**
By Counsel

/s/ *Kelsey Swaim Miller*
Kelsey Swaim Miller (I.D. No. 328655)
STEPTOE & JOHNSON PLLC
1250 Edwin Miller Boulevard, Suite 300
Martinsburg, WV 25404
Tel: (304) 262-3516
Fax: (304) 250-1407
kelsey.miller@steptoe-johnson.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of February, 2026, I served the foregoing *Notice of Appearance and Request for Service of Notices* with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

| | |
|---|---|
| Lawrence V. Young, Esq.<br>CGA Law Firm<br>135 North George Street<br>York, PA 17401<br>*Counsel for Debtor* | Joseph P. Schalk, Esq.<br>Office of the United States Trustee<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>*U.S. Trustee* |
| Kate Deringer Sallie, Esq.<br>Pillar Aught LLC<br>4201 E. Park Circle<br>Harrisburg, PA 17111<br>*Counsel for F&M Trust* | Lisa Ann Rynard, Esq.<br>Law Office of Lisa A. Rynard<br>240 Broad Street<br>Montoursville, PA 17754<br>*Subchapter V Trustee* |

              /s/ *Kelsey Swaim Miller*
              Kelsey Swaim Miller (I.D. No. 328655)
              STEPTOE & JOHNSON PLLC
              1250 Edwin Miller Boulevard, Suite 300
              Martinsburg, WV 25404
              Tel: (304) 262-3516
              Fax: (304) 250-1407
              kelsey.miller@steptoe-johnson.com
              *Counsel for Middletown Valley Bank*

SJ#30004694v1        3

Case 1:26-bk-00174-HWV  Doc 33  Filed 02/24/26  Entered 02/24/26 10:03:18  Desc
Main Document  Page 3 of 3