# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | **CHAPTER 11 (SUBCHAPTER V)** |
| **Precision Trades & Services, LLC** | : | |
| **Debtors** | : | **CASE NO. 26-00174-HWV** |
| | : | |

## TECHNICAL CORRECTION TO CHAPTER 11 SUBCHAPTER V PLAN

At present, the Subchapter V Plan states as follows:

| **Class 3**-Secured Claim of F&M Trust | Impaired | Security in all business assets. Allowed Secured claim off F&M Trust in the amount of $100,000.00 will be paid at <u>three</u> year amortization, 6.5% interest payments of $1,956.61 monthly. |
| --- | --- | --- |

This is in error. The payments should last for five (5) years, and so the Plan is amended accordingly to read:

| **Class 3**-Secured Claim of F&M Trust | Impaired | Security in all business assets. Allowed Secured claim off F&M Trust in the amount of $100,000.00 will be paid at <u>five</u> year amortization, 6.5% interest payments of $1,956.61 monthly. |
| --- | --- | --- |

Respectfully submitted,

CGA Law Firm

/s/Lawrence V. Young
Lawrence V. Young, Esquire
Attorney for Debtors
135 N. George St.
York, PA 17401
717-848-4900
lyoung@cgalaw.com


/s/Jacob Plank
Precision Trades & Services, LLC
Jacob Plank, Managing Member
        in his Corporate Capacity