# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                             :

Precision Trades & Services, LLC       :       1:26-bk-00174-HWV

           Debtor in Possession  :

                            :

                            :       Chapter 11

## STIPULATION BETWEEN DEBTOR AND FARMERS AND MERCHANTS TRUST COMPANY REGARDING PLAN OF REORGANIZATION

This stipulation (the "Stipulation") is entered into by and among Precision Trades & Services, LLC (the "Debtor") in the above-captioned Subchapter V Chapter 11 case (the "Bankruptcy Case") and Farmers & Merchants Trust Company ("F&M" and, together with the Debtor, the "Parties"), by and through their undersigned counsel, and is respectfully submitted to the Court for approval in this Bankruptcy Case.

## RECITALS

WHEREAS, on January 22, 2026 (the "Petition Date"), the Debtor commenced this Bankruptcy Case by filing a voluntary petition for relief under subchapter V of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of Pennsylvania (the "Court").

WHEREAS, on February 12, 2026, F&M filed its proof of claim in the amount of $306,260.56 (the "F&M Claim").

WHEREAS, on April 22, 2026, the Debtor filed its *Plan of Reorganization* [Dkt. No. 60] (the "Plan") including, *inter alia*, certain stipulations and acknowledgements related to the amount of the Debtor's prepetition obligations to F&M as well as the extent, priority, and validity of the liens securing such obligations (the "Prepetition Obligations").

10178564

**WHEREAS**, under the terms of the Plan, the F&M Claim is to be bifurcated into a Class 3 secured claim in the amount of $100,000.00 (the "F&M Secured Claim") [Plan at 2.03] and a general unsecured claim in the amount of $206,260.56 (the "F&M Unsecured Claim") [Plan at 2.04];

**WHEREAS**, on May 1, 2026, the Debtor filed a Technical Correction to the Plan [Dkt. No. 64] correcting the language set forth in Section 4.01 of the Plan as it pertains to the F&M Secured Claim.

**WHEREAS**, the Plan, as corrected, provides that the F&M Secured Claim is secured in all of the Debtor's business assets and shall be paid "at five-year amortization, 6.5% interest payments of $1,956.61 monthly" (the "F&M Secured Claim Treatment").

**WHEREAS**, the Parties have agreed to certain terms and conditions with respect to the F&M Secured Claim Treatment and wish to further clarify and document such agreement.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

1.     The F&M Secured Claim monthly payments shall be paid by Debtor directly to F&M over a five-year period (the first three of which will be during the pendency of the Plan).

2.     Repayment of the F&M Secured Claim shall be at a five-year amortization and 6.5% interest rate, with monthly payments in the amount of $1,956.61 over a five-year term.

3.     The F&M Secured Claim shall be secured by a first lien security interest in all of the business assets of the Debtor.

4.      Nothing in this Stipulation shall be construed to waive F&M's right to seek repayment of the entire F&M Claim as a secured claim in the event the Plan is not confirmed or the Bankruptcy Case is dismissed.

**IN WITNESS WHEREOF**, the parties hereto have executed this Stipulation the day and year first above written with the intent to be legally bound hereby and request that this Honorable Court enter an Order approving the within Stipulation.

Dated: May 21, 2026

By:

*/s/ Lawrence V. Young*
Lawrence V. Young, Esquire
Attorney for Debtor
135 N. George St.
York, PA 17401
717-848-4900
lyoung@cgalaw.com

*/s/ Jacob Plank*
Precision Trades & Services, LLC
Jacob Plank, Managing Member
     in his Corporate Capacity

*/s/ Kate Deringer Sallie*
Kate Deringer Sallie
Attorney for F&M
Attorney I.D. No. 208116
Pillar + Aught
ksallie@pillaraught.com
4201 E. Park Circle
Harrisburg, PA 17111
Phone: (717) 308-9910

3